## UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:** Federal Express Corporation et al.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Daniel W. Wolff, Crowell & Moring LLP<br>1001 Pennsylvania Ave. NW<br>Washington, DC 20004<br>202-624-2621<br>dwolff@crowell.com | **COURT NO.**: 26-01150 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ■

### JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal   ☐ Classification   ☐ Charges or Exactions   ☐ Vessel Repairs
☐ Exclusion   ☐ Liquidation   ☐ Drawback
☐ Refusal to Reliquidate   ☐ Rate of Duty   ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal   ☐ Classification   ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant Federal Register or Administrative Determination citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____   Agency _____
*Federal Register* or *Administrative Determination* Cite(s) _____
Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor   ☐ U.S. Secretary of Commerce   ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   ☐ U.S. International Trade Commission   ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)   ☐ Sec. 641(b)(3)   ☐ Sec. 641(c)(1)   ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2)   ☐ Sec. 641(d)(2)(B)   ☐ Sec. 499(b)

**J U R I S D I C T I O N**
*(Continued)*

| **28 U.S.C. § 1581(h) - Ruling relating to:** |
|---|
| ☐ Classification ☐ Valuation ☐ Restricted Merchandise <br> ☐ Rate of Duty ☐ Marking ☐ Entry Requirements <br> ☐ Drawbacks ☐ Vessel Repairs ☐ Other: _____ <br> _____ |

| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |
|---|
| The Court has jurisdiction under 28 U.S.C. § 1581(i). See V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025). |

| **28 U.S.C. § 1582 - Actions Commenced by the United States** |
|---|
| ☐ (1) Recover civil penalty under Tariff Act of 1930: <br>    ☐ Sec. 592   ☐ Sec. 593A   ☐ Sec. 641(b)(6) <br>    ☐ Sec. 641(d)(2)(A)   ☐ Sec. 704(i)(2)   ☐ Sec. 734(i)(2) <br> ☐ (2) Recover upon a bond <br> ☐ (3) Recover customs duties |

**R E L A T E D   C A S E ( S )**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☒ Decided: | VOS Selections, Inc., et. al. v. Donald Trump, et. al. <br><br> \*\*\*\* | 25-cv-00066 (Ct. Intl. Trade) Affirmed V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025) (decision pending). | Gary S. Katzmann, Judge <br> Timothy M. Reif, Judge <br> Jane A. Restani <br> \*\*\*\* |
| ☒ Pending: | AGS Company Automotive Solutions v. United States Customs and Border Protection et al. <br><br> \*\*\*\* | 25-cv-00255 (Ct. Int'l. Trade) | Gary S. Katzmann, Judge <br> Timothy M. Reif, Judge <br> Jane A. Restani <br> \*\*\*\* |

*(Attach additional sheets, if necessary.)*

/s/ Daniel W. Wolff
_____
*Signature of Plaintiff's Attorney*

February 23, 2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)