FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br> Plaintiff, <br> v. <br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA <br><br> Defendant. | Court No.    26-01150 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Federal Express Corporation et. al, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel W. Wolff.

Date: February 23, 2026

/s/ John Brew
Signature

John Brew
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-624-2720
Telephone Number

jbrew@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br>                                Plaintiff, <br>     v. <br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, <br><br>                                Defendant. | Court No.      26-01150 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Federal Express Corporation et. al, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel W. Wolff.

Date: February 23, 2026

/s/ Weronika Bukowski
Signature

Weronika Bukowski
Attorney

Crowell & Moring LLP
Firm

Two Manhattan West 375 Ninth Avenue
Street Address

New York, NY 10001
City, State and Zip Code

(212) 530-1930
Telephone Number

wbukowski@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br> Plaintiff, <br> v. <br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA <br><br> Defendant. | Court No.   26-01150 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Federal Express Corporation et. al, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel W. Wolff.

Date: February 23, 2026

/s/ Daniel Cannistra
Signature

Daniel Cannistra
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-624-2902
Telephone Number

dcannistra@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC.,<br><br>                                    Plaintiff,<br>         v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                    Defendant. | Court No.    26-01150 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Federal Express Corporation et. al, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel W. Wolff.

Date: February 23, 2026

/s/ Valerie Ellis
_____
Signature

Valerie Ellis
_____
Attorney

Crowell & Moring LLP
_____
Firm

1001 Pennsylvania Ave. NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

202-624-2510
_____
Telephone Number

vellis@crowell.com
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC.,<br><br>                                        Plaintiff,<br>        v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                        Defendant. | Court No.    26-01150 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as  attorney  for  plaintiff  ,  Federal Express Corporation et. al  , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is
_Daniel W. Wolff_____.

Date: _February 23, 2026_

/s/ Aaron Marx
_____
Signature

Aaron Marx
_____
Attorney

Crowell & Moring LLP
_____
Firm

1001 Pennsylvania Ave. NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

202-624-2751
_____
Telephone Number

amarx@crowell.com
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 11

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC.,<br><br>                                              Plaintiff,<br>     v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                              Defendant. | Court No.     26-01150 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for  plaintiff           ,  Federal Express Corporation et. al   , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is
    Daniel W. Wolff                                                         .

Date: February 23, 2026

/s/ Daniel W. Wolff
Signature

Daniel W. Wolff
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-624-2621
Telephone Number

dwolff@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01150 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)