# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **Daniel W. Wolff**
(Name of attorney of record)

on behalf of **Federal Express Corporation** in the matter of **Federal Express Corporation et al.** v. **U.S. Customs and Border Protection, et al.**, Court No. **26-01150**.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   Federal Express Corporation is a private company. Its parent and global ultimate is FedEx Corporation which is publicly traded on the NYSE.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

   N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

   N/A

/s/ Daniel W. Wolff      February 23, 2026
Signature of Attorney      Date

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-624-2621
Telephone Number

dwolff@crowell.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Daniel W. Wolff</u>
(Name of attorney of record)
on behalf of <u>FedEx Logistics, Inc.</u> in the matter of <u>Federal Express Corporation et al.</u> v. <u>U.S. Customs and Border Protection, et al.</u>, Court No. <u>26-01150</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   FedEx Logistics, Inc. is a private company. Its parent and global ultimate is FedEx Corporation, which is publicly traded on the NYSE.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

   N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

   N/A

/s/ Daniel W. Wolff                           February 23, 2026
   Signature of Attorney                              Date
Crowell & Moring LLP
   Firm
1001 Pennsylvania Ave. NW
   Street Address
Washington, DC 20004
   City, State and Zip Code
202-624-2621
   Telephone Number
dwolff@crowell.com
   E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)