# CERTIFICATE OF SERVICE

*Federal Express Corporation et al. v. United States Customs and Border Protection et al.*

**CIT Case No. 26-01150**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on February 24, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11s, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

*/s/ Daniel W. Wolff*
Daniel W. Wolff