IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, <br><br> Defendants. | No. 26-01150 |

**MOTION FOR LEAVE TO AMEND THE SUMMONS**

Pursuant to USCIT Rule 3(e), Plaintiffs respectfully request that the Court permit Plaintiffs to amend the Summons to reflect the full list of Defendants to this action. Counsel for the government consented to the amendment of the Summons on February 23, 2026.

In support of this motion, Plaintiffs state as follows:

1. The Summons in this action was filed on February 23, 2026.
2. The Summons presently identifies only the United States as Defendant. *See* Attachment 2.
3. The full list of Defendants includes U.S. Customs and Border Protection and Rodney S. Scott in his official capacity as Commissioner of U.S. Customs and Border Protection, as reflected on the updated Form 4. *See* Attachment 3.
4. Plaintiffs seek to amend the Summons solely to correct the Defendants' names; no other substantive change is requested.

5. Rule 3(e) expressly provides that "the court may allow a summons to be amended at any time, in its discretion and upon such terms as it deems just, unless it clearly appears that material prejudice would result to the substantial rights of the party against whom the amendment is allowed."

6. The requested amendment is purely administrative, will not cause prejudice to any party, and is sought in the interest of accuracy and proper form. Counsel for Defendants consented to the amendment of the Summons on February 23, 2026.

WHEREFORE, Plaintiffs respectfully request an order granting the motion to amend the Summons.

Dated: February 23, 2026

Respectfully submitted,

/s/ Daniel W. Wolff
John Brew
Daniel Cannistra
Daniel W. Wolff
Aaron Marx
Valerie Ellis
Weronika Bukowski

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 624-2621
dwolff@crowell.com

*Counsel for Plaintiffs*

# PROPOSED ORDER

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, <br><br> Defendants. | No. 26-01150 |

## **ORDER**

Upon consideration of Plaintiffs' motion for leave to amend the Summons and upon due deliberation; it is hereby

ORDERED that Plaintiffs' motion to amend the Summons is granted.

SO ORDERED.

/s/_____

[Judge's Name]

Dated: _____

New York, New York

# ATTACHMENT 1

## List of Changes

1. The Summons (Form 4) was amended to include U.S. Customs and Border Protection and Rodney S. Scott in his official capacity as Commissioner of U.S. Customs and Border Protection, the correct Defendants.

**ATTACHMENT 2**

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 4

| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., |
| --- |
| v.                    Plaintiff, |
| <span style="color:red">U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,</span> |
|                              Defendant. |

**SUMMONS**

Court No. 26-01150

**TO:** The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Daniel W. Wolff
_____
Signature of Plaintiff's Attorney

February 23, 2026
_____
         Date

Daniel W .Wolff
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
202-624-2621
dwolff@crowell.com

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

**ATTACHMENT 3**

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 4

> FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC.,
>
> v.                                Plaintiff,
> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,
>                                        Defendant.

**SUMMONS**
Court No.  26-01150

**TO:**    The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

 /s/ Daniel W. Wolff
_____
Signature of Plaintiff's Attorney

 February 23, 2026
_____
        Date

> Daniel W .Wolff
> Crowell & Moring LLP
> 1001 Pennsylvania Ave. NW
> Washington, DC 20004
> 202-624-2621
> dwolff@crowell.com

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)