UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., | : : : | |
| | : | Before: Richard K. Eaton, Judge |
| Plaintiffs, | : : | Court No. 26-01150 |
| v. | : : | |
| UNITED STATES, | : : | |
| Defendant. | : : : | |

# ORDER

Upon consideration of Plaintiffs' consent motion to amend the Summons, ECF No. 7, and notwithstanding the stay pursuant to Administrative Order 25-02, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that Plaintiffs may amend the Summons to include as Defendants U.S. Customs and Border Protection and Rodney S. Scott in his official capacity as Commissioner of U.S. Customs and Border Protection; and it is further

**ORDERED** that Plaintiffs' proposed Amended Summons, Attachment 3 to Plaintiffs' motion, is deemed filed.

/s/ Richard K. Eaton
Judge

Dated: March 2, 2026
New York, New York