Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 4

| |
|---|
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., <br><br> v.                    Plaintiff, <br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, <br>                    Defendant. |

**S U M M O N S**
Court No.  26-01150

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Daniel W. Wolff
_____
Signature of Plaintiff's Attorney

February 23, 2026
_____
        Date

| |
|---|
| Daniel W .Wolff <br> Crowell & Moring LLP <br> 1001 Pennsylvania Ave. NW <br> Washington, DC 20004 <br> 202-624-2621 <br> dwolff@crowell.com |

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)