FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by JOSEPH SAUDER

(Name of attorney of record)

on behalf of TREVOR VADEN AND ALL OTHERS SIMILARLY SITUATED in the

matter of FEDERAL EXPRESS CORPORATION, FEDEX INC. v. U.S. CUSTOMS AND BORDER PROTECTION,

Court No. 1:26-cv-01150 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

_____
_____
_____

Signature of Attorney

SAUDER SCHELKOPF LLC
Firm
1109 LANCASTER AVE
Street Address
BERWYN, PENNSYLVANIA 19312
City, State and Zip Code
610-200-0580
Telephone Number
JGS@SSTRIALLAWYERS.COM
E-mail Address

4/21/2026
Date

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)